UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-09585-SB-JPR | Date: | January 3, 2025 |
|---|---|---|---|

| Title: | Marisela Montes v. Mercedes-Benz USA, LLC |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Luis A. Serrano | Sabrina Celia Narain |

**Proceedings: (Minutes of)** Order to Show Cause; Motion to Remand [14]; Mandatory Scheduling Conference **(Held and completed)**

    Case called and appearances made. The Court heard from Plaintiff's counsel regarding the Court's order to show cause (OSC) re his failure to appear at the December 20, 2024 mandatory scheduling conference. The Court discharges the OSC and verbally admonishes him on the record. Should the Court issue an OSC against Plaintiff's counsel in the future, he is required sua sponte to disclose the verbal admonishment.

    The Court also heard argument from counsel on Plaintiff's motion to remand. Dkt. No. 14. For the reasons stated on the record and upon verification that the motion was filed 31 days after the notice of removal, which Plaintiff acknowledged was due to a miscalculation of the deadline, the motion to remand is denied as untimely under 28 U.S.C. § 1447(c).

    The Court heard from the parties about the contents of their joint Rule 26(f) report. A case management order will be issued separately. The parties shall complete their initial disclosures no later than January 3, 2025.

    0:10